KEKER & VAN NEST, LLP
ROBERT A. VAN NEST - #84065 (rvannest@kvn.com)
WENDY J. THURM - #163558 (wthurm@kvn.com)
STEVEN K. YODA - #237739 (syoda@kvn.com)
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:  (415) 391-5400
Facsimile:  (415) 397-7188

Attorneys for Plaintiff
THELEN REID & PRIEST LLP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THELEN REID & PRIEST LLP, | Case No. C 06-2071 VRW |
| Plaintiff, | |
| v. | **STIPULATION AND [~~PROPOSED~~] ORDER** |
| FRANÇOIS MARLAND, | |
| Defendant. | |

372735.01

1       WHEREAS Defendant François Marland ("Marland") initiated an arbitration proceeding against Plaintiff Thelen Reid & Priest LLP ("Thelen") in New York ("the New York Arbitration Proceeding") on February 13, 2006;

2       WHEREAS Thelen filed a Complaint for Declaratory and Injunctive Relief against Marland on March 21, 2006;

3       WHEREAS Thelen filed a Motion for Preliminary Injunction on March 24, 2006, seeking, in part, an order from this Court prohibiting Marland from proceeding with the New York Arbitration Proceeding;

4       WHEREAS the hearing on Thelen's Motion for Preliminary Injunction is currently scheduled for June 8, 2008;

5       WHEREAS the deadline for Marland to file an opposition to Thelen's Motion for Preliminary Injunction is May 11, 2006;

6       WHEREAS Marland filed a Motion to Dismiss on May 1, 2006;

7       WHEREAS  Thelen filed a First Amended Complaint on May 3, 2006;

8       WHEREAS Thelen and Marland desire to conduct discovery prior to this Court's resolution of Thelen's Motion for Preliminary Injunction;

       NOW, THEREFORE, Thelen and Marland stipulate and agree as follows:

1.       The New York Arbitration Proceeding shall be stayed, until such time as this Court enters a final order on Thelen's Motion for Preliminary Injunction;

2.       Thelen's Motion for Preliminary Injunction shall be taken off-calendar;

3.       Marland shall Answer or move to dismiss Thelen's First Amended Complaint on May 23, 2006;

4.       After Marland files his Answer, the parties shall meet and confer regarding (a) the scope of discovery to be completed prior to the date on which Marland shall file his opposition to Thelen's Motion for Preliminary Injunction; and (b) a briefing schedule and new hearing date for Thelen's Motion for Preliminary Injunction.

1

STIPULATION AND [PROPOSED] ORDER

5.      This Stipulation and every part hereof is entered into in the interests of the reaching an orderly and just resolution of the parties' disputes, without prejudice to any party's position regarding the claims and defenses asserted in this action or in the New York Arbitration Proceeding.  Nothing in this Stipulation shall be deemed to constitute a waiver of any substantive or procedural right, claim, or defense of any party, except for such matters as are expressly set forth herein.

Dated:  May 10, 2006                                KEKER & VAN NEST, LLP


                                                    By:   /s/ Wendy J. Thurm
                                                    WENDY J. THURM
                                                    Attorneys for Plaintiff
                                                    THELEN REID & PRIEST LLP


Dated:  May 10, 2006                                CARLSON, CALLADINE & PETERSON LLP


                                                    By:   /s/ Guy D. Calladine
                                                    GUY D. CALLADINE
                                                    Attorneys for Defendant
                                                    FRANÇOIS MARLAND

**IT IS SO ORDERED.**


Dated:   May 22, 2006

IT IS SO ORDERED
Judge Vaughn R Walker

2
STIPULATION AND [PROPOSED] ORDER