IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THELEN REID & PRIEST LLP, | No C 06-2071 VRW |
|     Plaintiff and Counterdefendant, | ORDER |
|     v | |
| FRANÇOIS MARLAND, | |
|     Defendant and Counterclaimant. | |

       François Marland seeks an order requiring Thelen Reid & Priest LLP ("Thelen") to translate all papers served in this action into French, Marland's native language. Marland argues that Federal Rule of Civil Procedure 4(f) and the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents (the "Hague Convention") require Thelen to translate all papers served in this action into French.

       Federal Rule of Civil Procedure 4 governs the service of summons and complaints, incorporating the Hague Convention. This rule is inapplicable because Marland has waived any objection to inadequate service of process by filing a responsive pleading,

specifically Marland's answer and counterclaims in Doc #14.  Fed R Civ Proc 12(h).  Further service of pleadings, motions and discovery are governed by Fed R Civ Proc 5.  Accordingly, Marland's motion is DENIED.

    SO ORDERED.

                                    VAUGHN R WALKER

                                    United States District Chief Judge