1

2

3

4

5

6

7

8

9

10                    IN THE UNITED STATES DISTRICT COURT

11                FOR THE NORTHERN DISTRICT OF CALIFORNIA

12

13   THELEN REID & PRIEST LLP,              No C 06-2071 VRW

14          Plaintiff and
            Counterdefendant,               ORDER

15
            v
16
     FRANÇOIS MARLAND,
17
            Defendant and
18          Counterclaimant.
     _____/

19

20          Although permitted to serve and file an amended answer

21   and counterclaims by the court's November 15, 2006, order, Doc #63,

22   François Marland's filing materially differed from his proposed

23   pleadings.  Compare Doc #48 Ex A (proposed pleading) with Doc #65

24   (filed pleading).  Thelen Reid & Priest LLP ("Thelen") sought

25   administrative relief challenging these discrepancies.  Doc #68.

26   Thereafter, Marland filed a revised amended answer and

27   counterclaims that removed the substantive changes.  Doc #72.  The

28   only remaining differences are corrections of typographical errors.

United States District Court

For the Northern District of California

1         Thelen now seeks additional time to file an answer to

2 Marland's revised counterclaims.  Doc #74.  The court will modify

3 the previous briefing schedule to accommodate Marland's late

4 filing.

5         Accordingly, Thelen's motion for administrative relief,

6 Doc #68, is DENIED AS MOOT and Thelen's motion for additional time,

7 Doc #74, is GRANTED.  Thelen shall file its answer to Marland's

8 revised amended answer and counter-counterclaims on or before

9 December 1, 2006.  Should Thelen assert any counter-counterclaims,

10 defendants Marland and Maas shall file motions to dismiss on or

11 before December 14, 2006, to be heard on January 18, 2007, at 2:00

12 pm.

13

14         SO ORDERED.

15

16

17         VAUGHN R WALKER

18         United States District Chief Judge

19

**United States District Court**
For the Northern District of California