```
 1  KEKER & VAN NEST, LLP
    ROBERT A. VAN NEST - #84065 (rvannest@kvn.com)
 2  WENDY J. THURM - #163558 (wthurm@kvn.com)
    BENEDICT Y. HUR - #224018 (bhur@kvn.com)
 3  STEVEN K. YODA - #237739 (syoda@kvn.com)
    710 Sansome Street
 4  San Francisco, CA  94111-1704
    Telephone:  (415) 391-5400
 5  Facsimile:  (415) 397-7188

 6  Attorneys for Plaintiff, Counter-Defendant, and
    Counter-Counter-Claimant
 7  THELEN REID BROWN RAYSMAN & STEINER LLP
          fka THELEN REID & PRIEST LLP
 8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THELEN REID BROWN RAYSMAN & STEINER LLP, fka THELEN REID & PRIEST LLP,<br><br>        Plaintiff and Counter-Defendant,<br><br>    v.<br><br>FRANÇOIS MARLAND,<br><br>        Defendant and Counter-Claimant. | Case No. C 06-2071 VRW<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER WITHDRAWING SERVICE OF THELEN'S COUNTER-COUNTERCLAIMS ON SUSANNAH MAAS AND WITHDRAWING MAAS'S MOTION TO DISMISS THELEN'S COUNTER-COUNTERCLAIMS** |
| THELEN REID BROWN RAYSMAN & STEINER LLP, fka THELEN REID & PRIEST LLP,<br><br>        Counter-Counter-Claimant,<br><br>    v.<br><br>FRANÇOIS MARLAND and SUSANNAH MAAS,<br><br>        Counter-Counter-Defendants. | |

385514.01

STIPULATION WITHDRAWING SERVICE OF THELEN'S COUNTER-COUNTERCLAIMS ON SUSANNAH MAAS AND WITHDRAWING MAAS'S MOTION TO DISMISS THELEN'S COUNTER-COUNTERCLAIMS

Counter-Counter-Claimant Thelen Reid Brown Raysman & Steiner LLP (formerly known as Thelen Reid & Priest LLP) ("Thelen") and Counter-Counter-Defendant Susannah Maas ("Maas") hereby stipulate to the following under Civil Local Rules 7-1(a)(5) and 7-12:

WHEREAS, on September 29, 2006, Thelen filed its Counter-Counterclaims against Maas (Docket No. 38);

WHEREAS, on October 9, 2006, Maas received via Federal Express a Summons and Thelen's Counter-Counterclaims (Docket Nos. 43 and 44);

WHEREAS, on November 14, 2006, Maas moved to dismiss Thelen's Counter-Counterclaims, arguing, *inter alia*, that Thelen did not properly serve its Counter-Counterclaims on Maas via the Hague Convention (Docket No. 62);

WHEREAS, on November 27, 2006, Defendant, Counter-Claimant, and Counter-Counter-Defendant Francois Marland ("Marland") filed and served a Revised Amended Answer and Counterclaims (Docket No. 72);

WHEREAS, on December 1, 2006, Thelen filed an Answer to Marland's Revised Amended Counterclaims and Amended Counter-Counterclaims against Marland and Maas (Docket No. 78);

WHEREAS, Maas's Motion to Dismiss Thelen's original Counter-Counterclaims currently is set for hearing on January 11, 2007 (Docket No. 62); and

WHEREAS, Maas's Motion to Dismiss (Docket No. 62) is now moot since it seeks to dismiss Thelen's original Counter-Counterclaims (Docket No. 38), which are no longer operative.

THEREFORE, the Thelen and Maas hereby stipulate that:

(1) Thelen hereby withdraws service of its original Counter-Counterclaims on Maas without any admission as to whether that service was legally effective or ineffective; and

(2) Maas hereby withdraws her pending Motion to Dismiss Thelen's original Counter-Counterclaims (Docket No. 62) without any admission as to whether service of Thelen's original Counter-Counterclaims was legally effective or ineffective and without any prejudice to re-raising any of the arguments contained therein in the future; and

1    (3) The hearing on Maas's Motion to Dismiss Thelen's original Counter-Counterclaims
2    (Docket No. 62), which currently is scheduled on January 11, 2007 at 2:00 p.m., shall be taken
3    off calendar.

4    IT IS SO STIPULATED.

Dated:  December 5, 2006                                 KEKER & VAN NEST, LLP

                                                         By:    /s/ Wendy J. Thurm
                                                         WENDY J. THURM
                                                         Attorneys for Plaintiff, Counter-Defendant,
                                                         and Counter-Counter-Claimant
                                                         THELEN REID BROWN RAYSMAN &
                                                         STEINER LLP, fka THELEN REID &
                                                         PRIEST LLP.

Dated:  December 5, 2006                                 HAYES & HARDY LLP
                                                         CARLSON, CALLADINE & PETERSON
                                                         LLP

                                                         By:    /s/ Andrew W. Hayes
                                                         ANDREW W. HAYES
                                                         Attorneys for Counter-Counter-Defendant
                                                         SUSANNAH MAAS

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: December 11, 2006

GRANTED

Judge Vaughn R Walker

HON. VAUGHN R. WALKER

2
STIPULATION WITHDRAWING SERVICE OF THELEN'S COUNTER-COUNTERCLAIMS ON SUSANNAH MAAS AND WITHDRAWING MAAS'S MOTION TO DISMISS THELEN'S COUNTER-COUNTERCLAIMS

385514.01