IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**THELEN REID & PRIEST LLP,**                    No C 06-2071 VRW

        **Plaintiff and
        Counterdefendant,**              **ORDER**

        **v**

**FRANÇOIS MARLAND,**

        **Defendant and
        Counterclaimant.**
_____/

François Marland requests the court's assistance in resolving discovery disputes detailed in two letters dated November 21, 2006, and December 1, 2006. Doc ##66, 77. Plaintiff is ordered to submit a joint reply letter, not to exceed four pages, on or before December 18, 2006.

IT IS SO ORDERED.

_____
VAUGHN R WALKER
United States District Chief Judge