KEKER & VAN NEST, LLP
ROBERT A. VAN NEST - #84065 (rvannest@kvn.com)
WENDY J. THURM - #163558 (wthurm@kvn.com)
BENEDICT Y. HUR - #224018 (bhur@kvn.com)
STEVEN K. YODA - #237739 (syoda@kvn.com)
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Plaintiff, Counter-Defendant, and
Counter-Counter-Claimant
THELEN REID BROWN RAYSMAN & STEINER LLP
    fka THELEN REID & PRIEST LLP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THELEN REID BROWN RAYSMAN & STEINER LLP, fka THELEN REID & PRIEST LLP,<br><br>    Plaintiff and Counter-Defendant,<br><br>v.<br><br>FRANÇOIS MARLAND,<br><br>    Defendant and Counter-Claimant. | Case No. C 06-2071 VRW<br><br>**STIPULATION AND [PROPOSED] ORDER UNSEALING, IN PART, THE DEPOSITION OF FRANCOIS MARLAND** |
| THELEN REID BROWN RAYSMAN & STEINER LLP, fka THELEN REID & PRIEST LLP,<br><br>    Counter-Counter-Claimant,<br><br>v.<br><br>FRANÇOIS MARLAND and SUSANNAH MAAS,<br><br>    Counter-Counter-Defendants. | |

1    Plaintiff, Counter-Defendant, and Counter-Counter-Claimant Thelen Reid Brown
2 Raysman & Steiner LLP (formerly known as Thelen Reid & Priest LLP) ("Thelen") and
3 Defendant, Counter-Claimant, and Counter-Counter-Defendant Francois Marland ("Marland")
4 hereby stipulate to the following under Civil Local Rules 7-1(a)(5) and 7-12:
5    WHEREAS, on November 21, 2006, the Court issued a Minute Order stating, in part: (1)
6 at his deposition scheduled for November 29 and 30, 2006, Francois Marland could not "assert
7 the attorney-client privilege with regard to communications between Marland and [Philippe]
8 Brunswick and communications between Marland and [Francois] Chateau; and (2) the deposition
9 transcript would be sealed (Docket No. 71);
10    WHEREAS, on November 29 and 30, 2006, counsel for Thelen conducted the deposition
11 of Marland;
12    WHEREAS, counsel for Thelen and counsel for Marland each have reviewed the
13 transcript of the November 29 and 30, 2006 deposition of Francois Marland, and have met and
14 conferred in an attempt to reach agreement on Thelen's request to unseal the transcript of
15 Marland's deposition;
16    THEREFORE, the Thelen and Maas hereby stipulate that:
17    (1)    Volume 1 of the deposition of Francois Marland shall be unsealed, <u>except for</u> the
18 portion of Volume 1 between page 88, line 11 and page 98, line 19;
19    (2)    Volume 2 of the deposition of Francois Marland shall be unsealed, <u>except for</u> the
20 portion of Volume 2 between page 283, line 14 and page 295, line 10;
21    (3)    Nothing contained herein shall be deemed a waiver of any party's rights to enter
22 into and file additional stipulations regarding the portions of the Marland deposition transcript
23 that shall remain sealed under the terms of this Stipulation and [Proposed] Order. Nothing
24 contained herein shall be deemed a waiver of any party's rights to seek relief from the Court with
25 respect to the portions of the Marland deposition that shall remain sealed under the terms of this
26 Stipulation and [Proposed] Order. Nothing contained herein shall be deemed to be a waiver of
27 any party's rights regarding any matter other than the sealing of Marland's deposition transcript,
28

1 and the testimony provided by Marland, in those portions of the deposition that shall remain
2 sealed under the terms of this Stipulation and [Proposed] Order.
3     IT IS SO STIPULATED.
4 Dated: December 13, 2006     KEKER & VAN NEST, LLP

By:   /s/ Wendy J. Thurm
WENDY J. THURM
Attorneys for Plaintiff, Counter-Defendant, and Counter-Counter-Claimant
THELEN REID BROWN RAYSMAN & STEINER LLP, fka THELEN REID & PRIEST LLP.

11 Dated: December 13, 2006     HAYES & HARDY LLP
CARLSON, CALLADINE & PETERSON LLP

By:   /s/ Andrew W. Hayes
ANDREW W. HAYES
Attorneys for Defendant, Counter-Claimant, and Counter-Counter-Defendant
FRANCOIS MARLAND

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: December 18, 2006

IT IS SO ORDERED
Judge Vaughn R Walker
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA