KEKER & VAN NEST, LLP
ROBERT A. VAN NEST - #84065
WENDY J. THURM - #163558
BENEDICT Y. HUR - #224018
BENJAMIN BERKOWITZ - #244441
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Plaintiff, Counter-Defendant, and
Counter-Counter-Claimant
THELEN REID BROWN RAYSMAN & STEINER LLP
    fka THELEN REID & PRIEST LLP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THELEN REID BROWN RAYSMAN & STEINER LLP, fka THELEN REID & PRIEST LLP,<br><br>    Plaintiff and Counter-Defendant,<br><br>    v.<br><br>FRANÇOIS MARLAND,<br><br>    Defendant and Counter-Claimant. | Case No. C 06-2071 VRW<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER RE CASE MANAGEMENT** |
| THELEN REID BROWN RAYSMAN & STEINER LLP, fka THELEN REID & PRIEST LLP,<br><br>    Counter-Counter-Claimant,<br><br>    v.<br><br>FRANÇOIS MARLAND and SUSANNAH MAAS,<br><br>    Counter-Counter-Defendants. | |

389567.01

STIPULATION AND [PROPOSED] ORDER RE CASE MANAGEMENT
CASE NO. C 06-2071 VRW

1  Plaintiff, Counter-Defendant, and Counter-Counterclaimant Thelen Reid Brown
2  Raysman & Steiner ("Thelen") and Defendant, Counterclaimant, and Counter-Counter-
3  Defendant Francois Marland ("Marland") hereby stipulate to the following under Federal Rules
4  of Civil Procedure 16 and 26.
5  WHEREAS, on August 10, 2006, Thelen and Marland filed a Joint Case Management
6  Conference Statement, wherein the parties agreed, among other things, (1) to phase discovery,
7  with Phase I being limited to Thelen's First Amended Complaint and Motion for Preliminary
8  Injunction, and Marland's Answer, including his affirmative defenses; (2) that in Phase I
9  discovery, the parties each would conduct a maximum of 30 hours of depositions; (3) that each
10 party could take one deposition in excess of seven hours, but not longer than twelve hours; and
11 that (4) to the extent the deposition of any witness required the use of a translator, the time
12 required for translation during the deposition would not be counted toward the time limitations
13 for depositions (Docket Item No. 28);
14 WHEREAS, on September 7, 2006, the parties participated in a Case Management
15 Conference, after which the Court entered an order setting February 2, 2007 as date by which
16 Phase I depositions were to be completed; and setting April 5, 2007 as the hearing date for
17 dispositive motions on Phase I claims and issues (Docket Item No. 30);
18 WHEREAS, on January 3, 2007, the parties participated in a further Case Management
19 Conference, after which the Court entered an order setting a trial date for a trial on all claims
20 (and not just Phase I claims), for June 11, 2007 (Docket Item No. 95);
21 WHEREAS, on January 18, 2007, the parties participated in a discovery hearing, after
22 which the Court entered an order re-setting the trial date for a trial on all claims (and not just
23 Phase I claims), for August 6, 2007, and set a pre-trial conference for July 10, 2007, at the
24 request of counsel for Thelen (Docket Item No. 109);
25 WHEREAS, the deadline for completing Phase I fact discovery has now passed;
26 WHEREAS, the parties each want to set a deadline by which all fact discovery must be
27 completed;
28 NOW THEREFORE, the parties hereby stipulate and agree as follows:

1

STIPULATION AND [PROPOSED] ORDER RE CASE MANAGEMENT
CASE NO. C 06-2071 VRW

389567.02

1      1.      The deadline by which all fact discovery shall be completed is extended to and
including March 16, 2007;

2.      The parties may each conduct a total of 50 hours of deposition of fact witnesses
(exclusive of translation time), inclusive of all depositions previously taken in the matter;

3.      The parties disagree as to whether, and if so, for how long, any party may re-depose any witness who was deposed prior to February 2, 2007; the parties shall continue to meet-and-confer to resolve that issue; if no resolution is reached, either party may seek the assistance of the Court; and

4.      The parties each may file one or more dispositive motions, which shall be set for hearing no later than May 3, 2007.

IT IS SO STIPULATED.

Dated:  February 9, 2007                    KEKER & VAN NEST, LLP


                                            By:      /s/ Wendy J. Thurm
                                                WENDY J. THURM
                                                Attorneys for Plaintiff, Counter-Defendant, and
                                                Counter-Counter-Claimant
                                                THELEN REID BROWN RAYSMAN &
                                                STEINER LLP, fka THELEN REID & PRIEST
                                                LLP.


Dated:  February 9, 2007                    HAYES & HARDY LLP
                                            CARLSON, CALLADINE & PETERSON LLP


                                            By: /s/ *Concurrence Obtained General Order 45 § X.B*
                                                ANDREW W. HAYES
                                                Attorneys for Defendant, Counter-Claimant, and
                                                Counter-Counter-Defendant
                                                FRANCOIS MARLAND

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: February 12, 2007

_____
HON. VAUGHN R. WALKER

GRANTED
Judge Vaughn R Walker

3
STIPULATION AND [PROPOSED] ORDER RE CASE MANAGEMENT
CASE NO. C 06-2071 VRW

389567.02