UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THELEN REID & PRIEST, LLP, | No. C-06-2071 VRW (EMC) |
| Plaintiff, | |
| v. | **ORDER RE IN CAMERA REVIEW** |
| FRANCOIS MARLAND, | |
| Defendant. _____/ | |

Judge Walker has referred to the undersigned a discovery matter concerning documents over which Plaintiff Thelen Reid & Priest claimed privileged. Under Judge Walker's order of February 21, 2007, Thelen Reid is to produce these documents to the Court for an in camera review. The Court is to determine which of the documents may be withheld based on the limited exception laid out in the February 21 order.

///
///
///
///
///
///
///
///
///

1    To assist in its in camera review, the Court hereby orders as follows. By March 2, 2007,
2  Thelen Reid shall identify for the Court which documents it believes should be withheld based on
3  the limited exception laid out in Judge Walker's February 21 order. The Court does not require any
4  briefing on the matter -- simply an identification of the documents that Thelen Reid believes in good
5  faith should be withheld.

7    IT IS SO ORDERED.

9  Dated: February 23, 2007

_____
EDWARD M. CHEN
United States Magistrate Judge