DONALD W. CARLSON [Bar No.: 79258] dcarlson@ccplaw.com
GUY D. CALLADINE [Bar No.: 99431] gcalladine@ccplaw.com
EDWARD F. DONOHUE [Bar No.: 112730] edonohue@ccplaw.com
CARLSON, CALLADINE & PETERSON LLP
353 Sacramento Street, 16th Floor
San Francisco, California 94111
Telephone:    (415) 391-3911
Facsimile:    (415) 391-3898

ANDREW W. HAYES
HAYES & HARDY, LLP
1 Rockefeller Plaza, Suite 1005
New York, New York 10020
Telephone (212) 554-3120
Facsimile: (212) 332-3121

Attorneys for Defendant
FRANÇOIS MARLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THELEN REID BROWN RAYSMAN & STEINER LLP, fka THELEN REID & PRIEST LLP,<br><br>    Plaintiff and Counterclaim-Defendant<br><br>    v.<br><br>FRANÇOIS MARLAND,<br><br>    Defendant and Counter-Claimant<br><br>AND RELATED CLAIMS | CASE NO.:   C-06-2071 VRW<br><br>**STIPULATION AND *EX PARTE* APPLICATION FOR ORDER PERMITTING BRIEF IN EXCESS OF TWENTY-FIVE PAGES** |

**STIP AND *EX PARTE* APPLICATION FOR ORDER PERMITTING BRIEF IN EXCESS OF 25 PAGES**
**Case No.:** C-06-2071 VRW

1. Plaintiff and Counter-Defendant Thelen Reid Brown Raysman & Steiner LLP ("Thelen"), and Defendant and Counter-claimant François Marland ("Marland") hereby stipulate to the following:

2. The court has set a deadline for filing dispositive motions including motions for summary judgment and summary adjudication. Each of the respective parties plans to seek summary judgment on multiple legal issues, causes of action and defenses. In the case of Marland, six to seven substantive grounds for summary judgment will be made as to two affirmative claims and four affirmative defenses. Plaintiff and counter-claim defendant Thelen is seeking summary judgment or judgment on the pleadings as to one affirmative claim, all five of Marland's counterclaims, and one of Marland's affirmative defenses. Thelen previously filed one summary judgment motion on its statute of limitations affirmative defense..

3. In light of the complexity and number of issues to briefed, the parties have agreed and seek approval of a mutual exception to the page length requirements of Local Rule 7-4 as follows:

| | |
|---|---|
| Marland Opening Brief | 40 pages |
| Thelen Opening Brief | 30 pages |
| Opposition Briefs | 30 pages each |

(Marland will file one combined opposition brief to both of Thelen's summary judgment motions)

| | |
|---|---|
| Reply Briefs | 20 pages each |

I declare under penalty of perjury that the foregoing is true and that this application was sworn and executed on April 4, 2007.

_____/s/ Edward F. Donohue_____
EDWARD F. DONOHUE

IT IS SO STIPULATED:

Dated: April 4, 2007               KEKER & VAN NEST, LLP


By: \_\_\_\_\_/s/ Wendy J. Thurm\_\_\_\_
WENDY J. THURM
Attorneys for Plaintiff/Counter-Defendant
Thelen Reid Brown Raysman & Steiner LLP,
fka Thelen Reid & Priest LLP

It is so ordered that the points and authorities maybe submitted within the foregoing stipulated pages lengths and shall be accepted by the clerk of this court.

DATED: April \_\_6\_, 2007



185-1/PLEADINGS/MARLAND/2007-04-04STIP

3

**STIP AND *EX PARTE* APPLICATION FOR ORDER PERMITTING BRIEF IN EXCESS OF 25 PAGES**
**Case No.:** C-06-2071 VRW