```
KEKER & VAN NEST, LLP
ROBERT A. VAN NEST - #84065
WENDY J. THURM - #163558
BENEDICT Y. HUR - #224018
BENJAMIN BERKOWITZ - #244441
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188
```

Attorneys for Plaintiff, Counter-Defendant, and Counter-Counter-Claimant
THELEN REID BROWN RAYSMAN & STEINER LLP
    fka THELEN REID & PRIEST LLP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THELEN REID BROWN RAYSMAN & STEINER LLP, fka THELEN REID & PRIEST LLP,<br><br>    Plaintiff and Counter-Defendant,<br><br>v.<br><br>FRANÇOIS MARLAND,<br><br>    Defendant and Counter-Claimant. | Case No. C 06-2071 VRW<br><br>**STIPULATION AND [PROPOSED] ORDER RE CASE MANAGEMENT** |
| THELEN REID BROWN RAYSMAN & STEINER LLP, fka THELEN REID & PRIEST LLP,<br><br>    Counter-Counter-Claimant,<br><br>v.<br><br>FRANÇOIS MARLAND and SUSANNAH MAAS,<br><br>    Counter-Counter-Defendants. | |

|   |   |
|---|---|
| 1 | Plaintiff, Counter-Defendant, and Counter-Counterclaimant Thelen Reid Brown |
| 2 | Raysman & Steiner ("Thelen") and Defendant, Counterclaimant, and Counter-Counter- |
| 3 | Defendant Francois Marland ("Marland") hereby stipulate to the following under Federal Rules |
| 4 | of Civil Procedure 16 and 26. |
| 5 | WHEREAS, the current deadline for initial disclosure of experts and expert reports |
| 6 | pursuant to Federal Rule of Civil Procedure 26(a)(2)(C) is May 8, 2007; |
| 7 | WHEREAS, the current deadline for disclosure of rebuttal experts and expert reports |
| 8 | pursuant to Federal Rule of Civil Procedure 26(a)(2)(C) is June 7, 2007; |
| 9 | WHEREAS, the parties want to modify the deadline for the initial disclosure of experts |
| 10 | and expert reports; |
| 11 | NOW THEREFORE, the parties hereby stipulate and agree as follows: |
| 12 | 1. The deadline by which initial expert disclosures and reports shall be made is |
| 13 | extended to May 18, 2007. |
| 14 | 2. The deadline by which rebuttal expert disclosures and reports must be made shall |
| 15 | remain June 7, 2007. |
| 16 | IT IS SO STIPULATED. |

Dated: April 17, 2007       KEKER & VAN NEST, LLP


By: _____/s/ Wendy J. Thurm_____
WENDY J. THURM
Attorneys for Plaintiff, Counter-Defendant, and
Counter-Counter-Claimant
THELEN REID BROWN RAYSMAN &
STEINER LLP, fka THELEN REID & PRIEST
LLP.

| | |
|---|---|
| 1  Dated: April 17, 2007 | HAYES & HARDY LLP |
| 2 | CARLSON, CALLADINE & PETERSON LLP |

By: /s/ *Concurrence Obtained General Order 45 § X.B*
ANDREW W. HAYES
Attorneys for Defendant, Counter-Claimant, and
Counter-Counter-Defendant
FRANCOIS MARLAND

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 4/24/2007

_____
GRANTED
Judge Vaughn R Walker

2
STIPULATION AND [PROPOSED] ORDER RE CASE MANAGEMENT
CASE NO. C 06-2071 VRW

393695.01