**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THELEN REID BROWN RAYSMAN & STEINER LLP, fka THELEN REID & PRIEST LLP, | No C 06-2071 VRW |
| Plaintiff and Counterdefendant, | ORDER |
| v | |
| FRANÇOIS MARLAND, | |
| Defendant and Counterclaimant. | |
| THELEN REID BROWN RAYSMAN & STEINER LLP, fka THELEN REID & PRIEST LLP, | |
| Counter-Counterclaimant, | |
| v | |
| FRANÇOIS MARLAND, SUSANNAH MAAS & PHILIPPE BRUNSWICK | |
| Counter-Counterdefendants. | |

The court granted summary judgment for law firm plaintiff, counterdefendant and counter-counterclaimant Thelen Reid Brown Raysman & Steiner LLP ("Thelen") on August 1, 2007. Doc #320. Thelen filed a timely bill of costs seeking reimbursement of $64,070.02 from defendant, counter-claimant and counter-counterdefendant Francois Marland ("Marland"). Doc #322. Marland has not filed an objection to Thelen's bill of costs. The time for objecting has passed. Civ LR 54-2(a).

Counter-counterdefendant Philippe Brunswick ("Brunswick") filed a timely bill of costs seeking reimbursement of $898.80 in transcript costs from Thelen. Doc #328. Thelen filed a timely objection. Doc #332. Thelen argues that Brunswick is not entitled to costs because he is not a "prevailing party" as required by FRCP 54. The court agrees. "A party in whose favor judgment is rendered is generally the prevailing party for purposes of Rule 54(d)." d'Hedouville v Pioneer Hotel Co, 552 F2d 886, 896 (9th Cir 1977). Here, judgment was entered in favor of Thelen on August 3, 2007. Doc #321.

Accordingly, Brunswick's request for costs is DENIED. The clerk is DIRECTED to tax Thelen's bill of costs in the amount of $64,070.02.

SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

**2**